**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1233**

———————

KAKO K. RANKINE,

Plaintiff - Appellee,

versus

ANTHONY J. RANKINE,

Defendant - Appellant,

versus

HICKORY PUBLIC SCHOOLS "SYSTEM"; DANIEL MASSEY; TIMOTHY SIMMS; D. STUART THOMPSON; CATHY ISENHOUR; MARILYN MAX; JEFFREY T. MACKIE; DOES 1-10,

Third Party Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CA-01-79-5-V)

———————

Submitted: July 18, 2002          Decided: July 23, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony J. Rankine, Appellant Pro Se. Daniel Ray Green, Jr., Hickory, North Carolina; Jeffrey T. Mackie, SIGMON, CLARK & MACKIE, Hickory, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony J. Rankine appeals the district court's order: granting Kako Rankine and the Third Party Defendants' motions to dismiss; granting the motions for sanctions but deferring a ruling on the amount of sanctions; dismissing Anthony Rankine's complaint and amended complaint; deferring a ruling on the motion for costs and attorney's fees; denying as moot Kako Rankine's and the Third Party Defendants' remaining motions; remanding the matter to the state court; and imposing an injunction on Anthony Rankine. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rankine v. Rankine, No. CA-01-79-5-V (W.D.N.C. Feb. 12, 2002). We deny Rankine's motion to stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED